# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D19-3691

———————————————

GERMAINE R. RUDDICK,

   Petitioner,

v.

CAPTAIN JOHNS, Corrections
Officer,

   Respondent.

———————————————

Petition for Writ of Mandamus—Original Jurisdiction.

October 28, 2019

PER CURIAM.

   The petition for writ of mandamus is denied on the merits.

RAY, C.J., and MAKAR and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Germaine R. Ruddick, pro se, Petitioner.

No appearance for Respondent.